

# THE THIRTEENTH COURT OF APPEALS

---

13-22-00288-CV

---

BUNNETT & CO., INC., ENERGY FEEDS INTERNATIONAL, LLC,
AND WILLIAM E. BUNNETT
v.
NATURAL SODA LLC AND ENIRGI GROUP CORPORATION

---

On Appeal from the
200th District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-15-005653

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

Further, NATURAL SODA LLC, and its surety SURE TEC INSURANCE COMPANY are hereby released from the requirements of the supersedeas bond, dated June 11, 2017.

We further order this decision certified below for observance.

September 15, 2022